No. 688. WILLIAM J. POCHIN, APPELLANT, *v.* THE CITY AND COUNTY OF DENVER, COLO., ET AL. Appeal from the Circuit Court of the United States for the District of Colorado. Submitted October 17, 1910. Decided October 24, 1910. Decree affirmed with costs. No further opinion will be delivered. *Mr. Harvey Riddell* for appellant. *Mr. George Q. Richmond* and *Mr. F. W. Sanborn* for appellees.

---

No. 26. CHARLES MARTEL, PLAINTIFF IN ERROR, *v.* THE STATE OF MAINE. In error to the Supreme Judicial Court of the State of Maine. November 14, 1910. *Per Curiam:* Dismissed for want of jurisdiction in this court. *Mr. Herbert E. Holmes* for plaintiff in error. *Mr. Warren C. Philbrook* for defendant in error.